UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JIMMIE HENRY EMERSON

VERSUS

TERRY PROVENCHER, ET AL.

CIVIL ACTION

NO. 15-137-SDD-RLB

## RULING

The Court has carefully considered the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated November 30, 2015. Plaintiff has filed an objection[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, Defendants' *Motion to Dismiss*[4] is granted and Plaintiff's claims for monetary damages against Defendants, James LeBlanc and Laurie Dufour, in their official capacities are dismissed with prejudice.

Signed in Baton Rouge, Louisiana, on <u>January 8, 2016</u>.

*Shelly D. Dick*

**JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 18.
[3] Rec. Doc. 23.
[4] Rec. Doc. 14.