# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

JIMMIE HENRY EMERSON                                              CIVIL ACTION

VERSUS                                                                       15-137-SDD-RLB

TERRY PROVENCHER, ET AL.

## RULING

The Court has carefully considered the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated October 4, 2016.  Plaintiff has filed an *Objection*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, the Defendants' *Motion to Dismiss*[4] is GRANTED and this matter is dismissed with prejudice.

**IT IS FURTHER ORDERED** that Defendants' *Motion for Summary Judgment*[5] is DENIED as moot.   *Judgment* will be entered accordingly.

Baton Rouge, Louisiana the 23 day of January, 2017.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 39.
[3] Rec. Doc. 40.
[4] Rec. Doc. 32.
[5] Rec. Doc. 36.